AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CORINTHIAN BOSTIC,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-068
CV420-251

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 12, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, civil actions CV420-068 and CV420-251 are dismissed in their entirety. These civil actions stands closed.



September 12, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020